# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:** | **MDL No.: 2497** |
| **AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013** | **ORDER VACATING ORDER TO SHOW CAUSE RE: SANCTIONS** |
| | **THIS DOCUMENT RELATES TO: CASE NOS. 13-5491; 14-1057** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Having reviewed and considered the written response to the Order to Show Cause, the Court is satisfied with the Yang Plaintiffs' submission, and accordingly, **VACATES** the hearing. No further action will be taken with respect to that Order.

**IT IS SO ORDERED.**

Date: May 27, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE