**KREINDLER & KREINDLER LLP**
Gretchen M. Nelson (SBN 112566)
gnelson@kreindler.com
707 Wilshire Blvd, Suite 3600
Los Angeles, CA 90017
Tel.: (213) 622-6469
Fax: (213) 622-6019

**KREINDLER & KREINDLER LLP**
Marc S. Moller
mmoller@kreindler.com
Justin T. Green
jgreen@kreindler.com
Brian J. Alexander
balexander@kreindler.com
750 Third Avenue
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013,** | **MDL No. 2497** |
| JINHUA YANG and JINGTAO XIE, as Guardians Ad Litem and Custodial Parents of J.X. a minor<br><br>Plaintiffs,<br><br>vs.<br><br>ASIANA AIRLINES, INC., a corporation; and THE BOEING COMPANY, a corporation<br><br>Defendants. | This Document Relates to:<br>*Yang, et al. v. Asiana Airlines, Inc., et al.*, Case No. 13-cv-5941-YGR<br><br>**YANG/XIE PLAINTIFFS' NOTICE TO THE COURT THAT THEIR MOTIONS TO SEAL AND FOR APPROVAL OF MINOR'S COMPROMISE ARE UNOPPOSED** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT, after consultation with defense counsel, Plaintiffs Jinhua Yang and Jingtao Xie, Custodial Parents and Guardians Ad Litem of plaintiff minor J.X., and their counsel of record, hereby give notice in compliance with this Court's Order (Doc. No. 506), that their Motion to Seal and their Motion for Approval of Minor's Compromise are unopposed.

Dated: April 26, 2016

                                        Respectfully submitted,

                                        KREINDLER & KREINDLER LLP

                                        By:     /s/
                                                  Marc S. Moller
                                                  Brian J. Alexander
                                                  Justin T. Green
                                                  Gretchen M. Nelson

                                          *Attorneys for Plaintiffs*