UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013<br><br>This document relates to<br><br>Case No.  4:13-CV-05941-YGR<br><hr><br>JINHUA YANG AND JINGTAO XIE, AS GUARDIANS AD LITEM AND CUSTODIAL PARENTS OF J.X., A MINOR,<br><br>Plaintiffs,<br>vs.<br><br>ASIANA AIRLINES, INC. AND THE BOEING COMPANY,<br><br>Defendants. | MDL No. 2497<br><br>**ORDER REQUESTING ADDITIONAL INFORMATION IN SUPPORT OF MOTION TO APPROVE MINOR'S COMPROMISE**<br><br>Re: MDL Dkt. No. 618 |

Currently pending before the Court is an unopposed motion for approval of minor's compromise filed by plaintiffs Jinhua Yang and Jingtao Xie on behalf of minor J.X. (MDL Dkt. No. 618.)  The Court requires additional information and explanation before it can determine the fairness of the proposed settlement and rule on the pending motion.  In particular, the moving parties must address the basis for their assertion that the "agreement is similar to the settled claims of many other plaintiffs or claimants who either received no injuries or very minor injuries in the subject crash."  (Dkt. No. 617-4 at 2:15-16.)

Plaintiffs Jinhua Yang and Jingtao Xie shall file a supplemental brief addressing this issue no later than **May 20, 2016.**

IT IS SO ORDERED.

Date: May 6, 2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE